1  TODD F. STEVENS (SBN 137842)
   MARY M. BEST (SBN 110220)
2  **KEENEY WAITE & STEVENS**
   A Professional Corporation
3  402 West Broadway, Suite 1820
   San Diego, CA  92101
4  Telephone:    (619) 238-1661
   Facsimile:    (619) 231-1897
5

6  Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11  ARAKSIA KUSHUGYAN,                  Case No.   CV 10-02698

12              Plaintiff,              **NOTICE OF REMOVAL OF ACTION
                                        UNDER 28 U.S.C. § 1441(b) (Federal**
13  v.                                  **Question)**

14  MIDLAND CREDIT MANAGEMENT,
    INC.,
15
                Defendant.
16

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19          PLEASE TAKE NOTICE that Defendant Midland Credit Management, Inc. ("Midland")

20  hereby removes to this court the state court action described below.

21          1.   On March 12, 2010, an action was commenced in the Superior Court of the State of

22  California, County of Los Angeles, Northwest District, Van Nuys Courthouse East, Case No. LAV

23  10V01557. A copy of the state court Complaint ("Complaint") is attached hereto as Exhibit A.

24          2.   Midland first received a copy of the Complaint on March 26 when Midland was

25  served by mail with a copy of the Complaint and Summons.

26                              **JURISDICTION**

27          3.   This action is a civil action of which this Court has original jurisdiction under 28

28  U.S.C. § 1331 and which may be removed to this Court by Midland pursuant to the provisions of

                                      1
                           NOTICE OF REMOVAL

1  28 U.S.C. § 1441(b) in that the Complaint asserts federal claims against Midland allegedly arising

2  under 15 U.S. C. §§ 1692, *et seq*. (the Fair Debt Collection Practices Act).

3         4.  As the Complaint was filed in the Superior Court of the State of California, County

4  of Los Angeles, Northwest District, venue in the Central division of this District is proper.  See 28

5  U.S.C. § 84(c)(2) (Central Division comprises, *inter alia*, the County of Los Angeles); 28 U.S.C.

6  §1441(a) (providing for removal "to the district court of the United States for the district and

7  division embracing the place" where the state court action is pending).

8         5.  There are no defendants name in this action except for Midland.

9         6.  Midland in this action is represented by the undersigned.

10  Dated:  April 13, 2010                    **KEENEY WAITE & STEVENS**
                                              A Professional Corporation

11

12                                    By:  _____

13                                         Todd F. Stevens
                                           Attorneys for Defendant
14                                         MIDLAND CREDIT MANAGEMENT, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Plaintiff's Claim and ORDER
## SC-100   to Go to Small Claims Court

MAR 2 6 2010

COPY TO BE ...

*Clerk stamps date here when form is filed.*

By _cartified mail_

**Notice to the person being sued:**

You are the Defendant if your name is listed in (2) on page 2 of this form. The person suing you is the Plaintiff, listed in (1) on page 2.

You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.

If you lose, the court can order that your wages, money, or property be taken to pay this claim.

. Bring witnesses, receipts, and any evidence you need to prove your case.

. Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandando:**

. Usted es el Demandado si su nombre figura en (2) de la pagina 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en (1) de la pagina 2.

. Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuacion. Si no se presenta, puede perder el caso.

. Si pierde el caso la corte podria ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.

. Lleve testigos, recibos y cualquier otra prueba que necesite para probar sucaso.

. Lea este formulario y todas las paginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles:  NORTHWEST DISTRICT (-19498- )
VAN NUYS COUPTHOUSE EAST
6230 SYLMAR AVENUE
VAN NUYS, CA. 91401
(818) 374-2901

*Clerk fills in case number and case name:*

Case Number:
LAV 10V01557
Case Name:
KUSHUGYAN, ARA VS MIDLAND CREDIT

## Order to Go to Court

The people in (1) and (2) must go to court: *(Clerk fills out section below.)*

| TRIAL DATE | DATE | TIME | DEPARTMENT | LOCATION |
|---|---|---|---|---|
| | 04/23/2010 | 08:30 AM | NWZ | ROOM 320, THIRD FL |

Date: 03/11/2010

JOHN A. CLARKE, Executive Officer/Clerk
By M. ALVAREZ                        , Deputy

**Instructions for the person suing:**

. You are the Plaintiff. The person you are suing is the Defendant.

. *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims),* to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*

. Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.

. You must have someone at least 18--not you or anyone else listed in this case--give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.

. Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courtinfo.ca gov
Revised January 1, 2008, Mandatory Form
Code of Civil Procedure, 116.110 et seq.,
116.220(c), 116.340(g)

Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)

SC-100, Page 1 of 5

Case Number:
LAV 10V01557

Plaintiff (list names):  KUSHUGYAN, ARAKSIA

---

## (1) The Plaintiff (the person, business, or public entity that is suing) is:

Name: KUSHUGYAN, ARAKSIA

Phone: (818) 988-8918

Street address: 6958 WOODMAN AVE APT 1      VAN NUYS    CA    91405
              *Street*                               *City*        *State*   *Zip*

Mailing address *(if different)*:
              *Street*                               *City*        *State*   *Zip*

### If more than one Plaintiff, list next Plaintiff here:

Name:

Phone:

Street address:
              *Street*                               *City*        *State*   *Zip*

Mailing address *(if different)*:
              *Street*                               *City*        *State*   *Zip*

[ ] *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
[ ] *Check here if either Plaintiff listed above is doing business under a fictitious name.  If so, attach Form SC-103.*

## (2) The Defendant (the person, business, or public entity being sued) is:

Name: MIDLAND CREDIT MANAGEMENT, INC.

Phone: (888) 403-6206

Street address: 8875 AERO DR             SAN DIEGO    CA    92123
              *Street*                               *City*        *State*   *Zip*

Mailing address *(if different)*:
              *Street*                               *City*        *State*   *Zip*

### If more than one Defendant, list next Defendant here:

Name:

Phone:

Street address:
              *Street*                               *City*        *State*   *Zip*

Mailing address *(if different)*:
              *Street*                               *City*        *State*   *Zip*

[ ] *Check here if more than 2 Defendants and attach Form SC-100A.*
[ ] *Check here if any Defendant is on active military duty, and write his or her name here:*

## (3) The Plaintiff claims the Defendant owes  $ 1000.00.  *(Explain below)*:

a. Why does the Defendant owe the Plaintiff money?
THE DEFENDANT HAS VIOLATED THE FDCPA SECTION 807{8} AND FDCPA
SECTION 809 {B}. PLAINTIFF CLAIMS DAMAGES FOR DEFAMATION OF
CHARACTER, MENTAL AND FINANCIAL DISTRESS.

b. When did this happen?  *(Date)*:
If no specific date, give the time period:   *Date Started:*  08 / 25 / 2009    *Through:*  03 / 11 / 2010

C. How did you calculate the money owed to you? (Do not include court costs or fees for service.)
FINANIAL INJURY, COST LOST TIME, MENTAL DISTRESS = 1000

| | *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write    "SC-100, Item 3" at the top*

---

**Plaintiff's Claim and ORDER
to GO to Small Claims Court**
(Small Claims)

Case Number:
LAV 10V01557

Plaintiff (list names): KUSHUGYAN, ARAKSIA

---

(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue.

Have you done this? [X] Yes   [ ] No

*If no, explain why not:*


(5) Why are you filing your claim at this courthouse?

**This courthouse covers the area** *(Check the one that applies):*
a. [X] (1) Where the Defendant lives or does business.

   (2) Where the Plaintiff's property was damaged.

   (3) Where the Plaintiff was injured.

   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant   *or* where the
       Defendant lived or did business when the Defendant made the contract.

b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim
       is about an offer or contract for personal, family, or household goods, services, or loans.   *(Code Civ. Proc., 395(b).)*

c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about
       a retail installment contract (like a credit card).   *(Civil Code, 1812.10.)*

d. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is
       is permanently garaged, if this claim is about a vehicle finance sale.   *(Civil Code, 2984.4.)*

e. [ ] Other *(specify):*


(6) List the zip code of the place checked in (5) above *(if you know):* 91401

(7) Is your claim about an attorney-client fee dispute?   [ ] Yes   [X] No
    *If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:*   [ ]

(8) Are you suing a public entity?  [ ] Yes  [X] No
    *If yes, you must file a written claim with the entity first.*   [ ] *A claim was filed on (date):*
    *If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

(9) Have you filed more than 12 other small claims within the last 12 months in California?
    [ ] Yes  [X] No  *If yes, the filing fee for this case will be higher.*

---

(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.

(11) I have not filed, and understand that I cannot file, more than two small claims cases for more
     than $2,500 in California during this calendar year.

     I declare, under penalty of perjury under California State law, that the information above and
     on any attachments to this form is true and correct.

Date: 03/11/2010   ARAKSIA KUSHUGYAN
                   *Plaintiff types or prints name here*              *Plaintiff signs here*

Date:
                   *Second Plaintiff types or prints name here*      *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available
if you ask least 5 days before the trial. Contact the clerk's office for Form MC-410,   *Request for Accommodations
by Persons With Disabilities and Order. (Civil Code, 54.8.)*

---

Revised January 1, 2008

**Plaintiff's Claim and ORDER
to GO to Small Claims Court**
(Small Claims)

SC-100, Page 3 of 5
-->

# SC-100    Information for the Defendant (the person being sued)

"Small claims court" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500, including a sole proprietor. The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

## Do I need a lawyer?

You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

## How do I get ready for court?

You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

## What if I need an accommodation?

If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

## What if I don't speak English well?

Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

## Where can I get the court forms I need?

Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

## What happens at the trial?

The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

## What if I lose the case?

If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

## Do I have options?

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

## What if I need more time?

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

Small Claims Advisors are available Monday thru Friday, 8:30 A.M. to 4:30 P.M. at the County Hall of Administration 500 West Temple Street, Room B96, Los Angeles 90012 or by calling (213) 974-9759.

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

1  Kushugyan v. Midland Credit Management, Inc.
   USDC - CENTRAL DISTRICT Case No.
2

3                      **PROOF OF SERVICE**

4       I am employed in the City and County of San Diego, State of California.  I am over the age

5  of 18 and not a party to the within action.  My business address is 402 West Broadway, Suite 1820,

6  San Diego, California 92101.

7       On April 13, 2010, I caused to be served the attached: **NOTICE OF REMOVAL**

8       ☒    [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid
            for first-class mail, for collection and mailing at Keeney Waite & Stevens, A
9           Professional Corporation, San Diego, California, following ordinary business
            practices.  I am familiar with the practice of Keeney Waite & Stevens for collection
10          and processing of correspondence, said practice being that in the ordinary course of
            business, correspondence is deposited in the United States Postal Service the same
11          day as it is placed for collection.

12      ☐    [BY FACSIMILE] The document stated herein was transmitted by facsimile
            transmission and the transmission was reported as complete and without error.  A
13          transmission report was properly issued by the transmitting facsimile machine and a
            copy of said transmission report is attached to the original proof of service indicating
14          the time of transmission.

15      Said document(s) were served on the interested party or parties in this action addressed as

16  noted below.

17  Araksia Kushughyan                          Superior Court of California
    6958 Woodman Avenue, Apt. 1                 County of San Diego
18  Van Nuys, CA  91405                         Van Nuys Courthouse East
    (818) 988-8918                              6230 Sylmar Avenue
19  Plaintiff In Pro Per                        Van Nuys, CA  91401
                                                (818) 374-2901
20                                              Re:  Case No. LAV 10V01557

21      I declare that I am employed in the office of a member of the bar of this court at whose

22  direction the service was made.

23      Executed on April 13, 2010, at San Diego, California.

24

25

26                                          Nancy Smits

27

28

                              1
                       PROOF OF SERVICE